395 A.2d 964

Commonwealth v. Chubb, Appellant.

Argued September 11, 1978. Richard C. Snelbaker, for appellant; J. Michael Eakin, Assistant District Attorney, with him Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.